# DAVID H. WEISS
ATTORNEY AT LAW

41 MADISON AVENUE, SUITE 4000
NEW YORK CITY, NEW YORK 10010
(212) 633-0124 FAX (212) 743-8120

DF

June 7, 2006

*Application granted.*
*So ordered.*
*8/2/06*
*cc: Counsel, USPO*

BY ECF and US Mail

Hon. Allyne R. Ross USDJ
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v Mark Baker, Cr 06-340 (ARR)

Dear Judge Ross:

    The defendant respectfully requests that the Court direct the Department of Probation to disclose to the defendant a copy of the defendant's Presentence Report in Indictment No. 04-395 (ARR).

Yours, etc

David H Weiss

cc: AUSA Lee Friedman
    USPO W. Sweeeting